IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SCOTT JONES,                )
                            )
    Plaintiff,              )
                            )
v.                          )        Civil No. 3:03-1251
                            )        Judge Trauger
WIRELESS RETAIL, INC.,      )        Magistrate Judge Knowles
                            )
    Defendant.              )

**O R D E R**

On June 1, 2006, the Magistrate Judge issued a Report and Recommendation, recommending that judgment be entered in the amount of $399,946.56 against the defendant. (Docket No. 51)  No timely objections have been filed.  It is therefore **ORDERED** that the Report and Recommendation is **ACCEPTED** and made the findings of fact and conclusions of law of this court.  For the reasons expressed therein, it is hereby **ORDERED** that judgment is entered against the defendant in the amount of $399,946.56, which is allocated to specific elements of damages, attorney's fees, expenses, and prejudgment interest as set out in the Report and Recommendation (Docket No. 51).

It is so **ORDERED.**

Enter this 23rd day of June 2006.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ALETA A. TRAUGER
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge